**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CORY YOUNG, | : | |
| Petitioner, | : | Case No. 2:08-cv-558 |
| v. | : | Judge Holschuh |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, | : | Magistrate Judge Abel |
| | : | |
| Respondent. | : | |
| | : | |

**OPINION & ORDER**

On October 23, 2009, the Magistrate Judge issued a Report and Recommendation recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.


Date: November 9, 2009   **/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court